*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: November 12, 2015                    520531
_____

In the Matter of the Claim of
    JOSHUA STICKLE,
                    Respondent.

GANNETT SATELLITE INFORMATION
    NETWORK, INC., Doing                    MEMORANDUM AND ORDER
    Business as POUGHKEEPSIE
    JOURNAL,
                    Appellant.

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   September 22, 2015

Before:   Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ.

_____

        Bond, Schoeneck & King, PLLC, Syracuse (Peter A. Jones of counsel) and The Zinser Law Firm, PC, Nashville, Tennessee (L. Michael Zinser admitted pro hac vice), for appellant.

        Cynthia Feathers, Glens Falls, for Joshua Stickle, respondent.

        Eric T. Schneiderman, Attorney General, New York City (Steven Koton of counsel), for Commissioner of Labor, respondent.

_____

        Appeals from two decisions of the Unemployment Insurance Appeal Board, filed May 9, 2014, which ruled, among other things, that Gannett Sattelite Information Network, Inc. is liable for additional unemployment insurance contributions on remuneration paid to claimant and others similarly situated.

Decisions affirmed.   No opinion.

Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur.


ORDERED that the decisions are affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court